UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JOSEPH PATRICK DOYLE &
ELIZABETH ELAINE DOYLE,     Case No. 04-~~31088~~ 40555

_____Debtor(s)  /

## ORDER DIRECTING DISBURSEMENT OF FUNDS

Upon application by CITICORP, NA on behalf of Citibank USA, NA, for unclaimed funds held in the registry of the Court, it is

ORDERED that the funds held in the registry of the Court in the amount of $1,193.57 be disbursed to CITICORP, NA, c/o Kathleen S. Allen, 3800 Citigroup Center, G3-4, Tampa, FL 33610.

DONE and ORDERED at Tallahassee, Florida, this 14th day of February, 2008.

_____
LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:
CITICORP, NA, Creditor